**Abatement Order filed February 3, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00812-CR

_____

### RICARDO VALDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1513682**

## ABATEMENT ORDER

Appellant is represented by appointed counsel on appeal, Andrew J. Smith. On January 24, 2022, counsel filed a motion to withdraw as appellate counsel because he has been appointed to serve as a Felony Associate Judge. Accordingly, we enter the following order.

We ORDER the judge of the 174th District Court to consider counsel's request to withdraw. If current counsel is permitted to withdraw, the judge shall appoint new appellate counsel for appellant. The judge shall order the trial clerk to forward a record of the supplemental clerk's record containing any orders permitting counsel to withdraw and appointing new counsel to the clerk of this

court. The judge shall see that a record of any hearing is made and shall order the reporter to forward a record of the hearing, if any, to the clerk of this court. The supplemental clerk's record and reporter's record, if any, shall be filed within **30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.